UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, *Plaintiff* v. 880925 STORE, AVENGERSS STORE, BELLY TOY STORE, CHILD'S TOY STORE, CIXI LINHAO METAL PRODUCT CO., LTD., COCOPLUSHTOY STORE, DOBBLE SPOT IT STORE, FOURTRY STORE, FRANCIS 001 STORE, FUNNY TOY2 STORE, GG LUCKY TOY STORE, GYX LBL STORE, HANGZHOU FINDME TECHNOLOGY CO., LTD., HAPPY TOY FACTORY STORE, HAPPYER STORE, HB FUN TOY STORE STORE, JINHUA HAIRONG IMPORT AND EXPORT CO., LTD., JOEANNO TOY FACTORY STORE, KAYOLI BABY STORE, KEEP IT COMPANY STORE, LIAOGAN233 STORE, LINTUNBA OFFICIAL STORE, LITTLE PLAYFUL STORE, LJXY STORE, MOON CHILDREN (DROP SHIPPING) STORE, MORNINGBEBE TOY STORE, PRINCESS KE YUE TOY SHOP STORE, RELATOY STORE, SHANGHAI ROGER INDUSTRY LIMITED COMPANY, SHAOXING HAOSHUN TEXTILE CO., LTD., SHOP1100052188 STORE, SHOP342746 STORE, SHOP5888360 STORE, SHOP910350115 STORE, SHOP912624392 STORE, SPAKOGY STORE, TOY ELVES SHOP STORE, VS TOY STORE STORE, WARDROBE NO. 6 STORE, YIWU ALL SHINE IMPORT & EXPORT CO., LTD., YIWU HAOHAO ART& CRAFT CO., LTD., YIWU HUHOM IMPORT & EXPORT CO., LTD. and YIWU SENMENG TRADING CO., LTD., *Defendants* | 22-cv-3737 (JPO) **UNSEALING ORDER** |

1

The Court hereby orders that this Action be unsealed.

This Order, together with all documents filed to date, shall be filed publicly on the ECF system.

**SO ORDERED.**

May 31, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge