UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY TOYS HOLDINGS, LLC,
                    Plaintiff,

-v-

880925 Store, *et al.*,
                    Defendants.

22-CV-3737 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Several Defendants were served on May 24, 2022. (*See* ECF No. 16.) No dismissal or appearance has been filed with respect to these remaining Defendants.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment or otherwise proceed with this case.

    If Plaintiff fails by January 4, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, this case will be dismissed for failure to prosecute.

    SO ORDERED.

Dated: December 21, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge