```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELLY TOYS HOLDINGS, LLC,

                Plaintiff,

-against-

8880925 STORE, et al.,

                Defendants.

22-CV-03737 (MMG)

---

KELLY TOYS HOLDINGS, LLC,

                Plaintiff,

-against-

CHANG SHA ZHOU QIAN DIAN ZI KE JI YOU XIAN GONG SIET et al.,

                Defendants.

22-CV-03739 (MMG)

**NOTICE OF REASSIGNMENT**

---

MARGARET M. GARNETT, United States District Judge:

    These cases have been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the reassignment, including the **March 8, 2024** deadline for Plaintiff to move for default. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 29, 2024
       New York, New York

                                              SO ORDERED.

                                              MARGARET M. GARNETT
                                              United States District Judge